IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-01301-REB-BNB

AMANDA LAMKIN Conservator and Guardian of BONNIE TURNBULL, individually and as surviving spouse of RANDOLPH TURNBULL,

    Plaintiff,

v.

DENVER RESTAURANT MANAGEMENT CORPORATION, d/b/a PIZZA HUT,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is plaintiff's **Motion To Dismiss Without Prejudice** [#4] filed July 14, 2008. After careful review of the motion and the file, I have concluded that the motion should be granted and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion To Dismiss Without Prejudice** [#4] filed July 14, 2008, is **GRANTED**; and

2. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated July 15, 2008, at Denver, Colorado.

                              **BY THE COURT:**

                              **s/ Robert E. Blackburn**
                              **Robert E. Blackburn**
                              **United States District Judge**